Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Robinson,<br><br>           Plaintiff,<br>   v.<br><br>Barber Vallejo Properties, L.P., et al.,<br><br>           Defendant. | Case No. **2:23-cv-01831-DAD-DB**<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 160, plaintiff David Robinson hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 30 days from today's date.

Respectfully submitted,

Dated: October 23, 2023

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorneys for Plaintiff

1
NOTICE OF SETTLEMENT