Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Robinson, | Case No. 2:23-cv-01831-DAD-DB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| v. | |
| Barber Vallejo Properties, L.P., et al. | |
| Defendants. | |

Plaintiff David Robinson voluntarily dismisses this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 2, 2023            Law Office of Rick Morin, PC

*/s/ Rick M*
_____
By: Richard Morin
Attorney for Plaintiff